## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RAMOS JR., BERNARDO | § | Case No. 11-00226 |
| RAMOS, KATHLEEN ANN | § | |
| | § | |
| Debtor(s) | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .   The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                     and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $            [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $            , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Roy Safanda _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit A

Case No:   11-00226   MB   Judge: Manuel Barbosa

Case Name:   RAMOS JR., BERNARDO
RAMOS, KATHLEEN ANN

For Period Ending:   08/19/11

Trustee Name:   Roy Safanda
Date Filed (f) or Converted (c):   01/04/11 (f)
341(a) Meeting Date:   02/14/11
Claims Bar Date:   05/18/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Petitioners own real estate residence located at 4 | 203,500.00 | 0.00 | | 0.00 | 0.00 |
| 2. Petitioners own 1/2 Acre Land - Section 17 Lot 152 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3. Business checking acct. | 421.51 | 0.00 | | 0.00 | 0.00 |
| 4. Personal Checking acct. | 25.00 | 0.00 | | 0.00 | 0.00 |
| 5. Five rooms household furniture, furnishings and su | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. Misc. books, pictures, discs | 100.00 | 0.00 | | 0.00 | 0.00 |
| 7. Necessary wearing apparel (each $200.00) | 400.00 | 0.00 | | 0.00 | 0.00 |
| 8. Watches, Wedding Rings, Earrings | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. 7-11 owes for work done | 1,485.00 | 0.00 | | 0.00 | 0.00 |
| 10. 1997 Ford Expedition (195,000 miles) | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 11. 2003 Ford F150 Crewcab (126,000 miles) | 4,000.00 | 31.51 | | 0.00 | 31.51 |
| 12. 1998 Harley Davidson Fatboy (6,000 miles) | 8,900.00 | 8,900.00 | | 6,000.00 | FA |
| 13. 2003 Harley Davidson Heritage Springer (10,000 mil | 14,000.00 | 9,200.00 | | 8,000.00 | FA |
| 14. 1995 Well Craft 18' Boat (rough shape) Bowriver. | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 15. 2 dogs, 2 cats | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16. Avoid. (u) | 0.00 | 0.00 | | 2,261.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.02 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $236,831.51   $20,131.51   $16,263.02   $2,031.51

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /       Current Projected Date of Final Report (TFR):  / /

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-00226  -MB | |
| Case Name: | RAMOS JR., BERNARDO | |
| | RAMOS, KATHLEEN ANN | |
| Taxpayer ID No: | *******3535 | |
| For Period Ending: | 08/19/11 | |

| | | |
|---|---|---|
| Trustee Name: | Roy Safanda | |
| Bank Name: | Capital One | |
| Account Number / CD #: | *******7420  Money Market Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/11 | 13 | Fox River Harley-Davidson | 2003 FLSTS Heritage Springer | 1129-000 | 8,000.00 | | 8,000.00 |
| | | 131 S. Randall Rd. | | | | | |
| | | St. Charles, IL  60174 | | | | | |
| 07/08/11 | 12 | Fox River Harley-Davidson | 1998 FLSTF Fatboy | 1129-000 | 6,000.00 | | 14,000.00 |
| | | 131 S. Randall Rd. | | | | | |
| | | St. Charles, IL  60174 | | | | | |
| 07/29/11 | INT | Capital One | Interest Rate  0.000 | 1270-000 | 1.15 | | 14,001.15 |
| 08/11/11 | 16 | Bank of America NA | | 1241-000 | 2,261.00 | | 16,262.15 |
| | | Dept AZ9-503-02-57 | | | | | |
| | | 1825 E. Buckeye Rd. | | | | | |
| | | Phoenix, AZ  85034-4216 | | | | | |
| 08/16/11 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.87 | | 16,263.02 |
| 08/16/11 | | Transfer to Acct #*******7455 | Bank Funds Transfer | 9999-000 | | 16,263.02 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 16,263.02 | 16,263.02 |
| Less:  Bank Transfers/CD's | 0.00 | 16,263.02 |
| Subtotal | 16,263.02 | 0.00 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 16,263.02 | 0.00 |

Page Subtotals    16,263.02    16,263.02

Ver: 16.02b

LFORM24

FORM 2

Page:   2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          11-00226  -MB
Case Name:    RAMOS JR., BERNARDO
                      RAMOS, KATHLEEN ANN
Taxpayer ID No:    *******3535
For Period Ending: 08/19/11

Trustee Name:                    Roy Safanda
Bank Name:                        Capital One
Account Number / CD #:      *******7455  Checking Account

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/16/11 | | Transfer from Acct #*******7420 | Bank Funds Transfer | 9999-000 | 16,263.02 | | 16,263.02 |
| 08/19/11 | 001001 | Bernardo Ramos, Jr. | Exemption | 8100-002 | | 4,768.49 | 11,494.53 |
| | | Kathleen Ann Ramos | | | | | |

|  | | Deposits ($) | Disbursements ($) | Account Balance ($) |
|---|---|---|---|---|
| COLUMN TOTALS | | 16,263.02 | 4,768.49 | 11,494.53 |
| Less:  Bank Transfers/CD's | | 16,263.02 | 0.00 | |
| Subtotal | | 0.00 | 4,768.49 | |
| Less:  Payments to Debtors | | | 4,768.49 | |
| Net | | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******7420 | 16,263.02 | 0.00 | 0.00 |
| Checking Account - *******7455 | 0.00 | 0.00 | 11,494.53 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 16,263.02 | 0.00 | 11,494.53 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                16,263.02              4,768.49

LFORM24

**UST Form 101-7-TFR (10/1/2010)** *(Page: 5)*

Ver: 16.02b

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 11-00226 | | Page 1 | | Date: August 19, 2011 |
|---|---|---|---|---|---|
| Debtor Name: | RAMOS JR., BERNARDO | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Roy Safanda 111 East Side Drive Geneva, IL 60134 | Administrative | | $1,050.00 | $0.00 | $1,050.00 |
| 000001 070 7100-00 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $18,607.13 | $0.00 | $18,607.13 |
| 000002 070 7100-00 | Ford Motor Credit Company Freedman Anselmo Lindberg LLC PO Box 3216 Naperville, IL 60566-7216 | Unsecured | | $17,509.50 | $0.00 | $17,509.50 |
| | Case Totals: | | | $37,166.63 | $0.00 | $37,166.63 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-00226
Case Name: RAMOS JR., BERNARDO
               RAMOS, KATHLEEN ANN
Trustee Name: Roy Safanda

Balance on hand                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Roy Safanda | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |
| 000002 | Ford Motor Credit Company Freedman Anselmo Lindberg LLC PO Box 3216 Naperville, IL 60566-7216 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE