UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| RAMOS JR., BERNARDO | § | Case No. 11-00226 |
| RAMOS, KATHLEEN ANN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                      US Courthouse
                      Bankruptcy Clerk
                      Assignment Desk, Rm 710
                      219 S. Dearborn St.
                      Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/29/2011 in Courtroom 250,
                      US Courthouse
                      100 S. 3rd St.
                      Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/29/2011                  By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RAMOS JR., BERNARDO § Case No. 11-00226
RAMOS, KATHLEEN ANN §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 16,263.02 |
| and approved disbursements of | $ | 4,768.49 |
| leaving a balance on hand of[1] | $ | 11,494.53 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Roy Safanda | $ 2,376.30 | $ 0.00 | $ 2,376.30 |
| Trustee Expenses: Roy Safanda | $ 648.00 | $ 0.00 | $ 648.00 |
| Attorney for Trustee Fees: Roy Safanda | $ 1,050.00 | $ 0.00 | $ 1,050.00 |

Total to be paid for chapter 7 administrative expenses         $         4,074.30

Remaining Balance                                              $         7,420.23

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,116.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 18,607.13 | $ 0.00 | $ 3,822.87 |
| 000002 | Ford Motor Credit Company Freedman Anselmo Lindberg LLC PO Box 3216 Naperville, IL 60566-7216 | $ 17,509.50 | $ 0.00 | $ 3,597.36 |
| | Total to be paid to timely general unsecured creditors | | $ | 7,420.23 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
                             Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                    Case No. 11-00226-MB
Bernardo Ramos                                            Chapter 7
Kathleen Ann Ramos
        Debtors
                            CERTIFICATE OF NOTICE
District/off: 0752-1       User: lhatch              Page 1 of 1      Date Rcvd: Aug 30, 2011
                           Form ID: pdf006           Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2011.
db/jdb       +Bernardo Ramos, Jr.,    Kathleen Ann Ramos,    404 Pierce St.,    Gilberts, IL 60136-9717
aty          +Carl F Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
aty          +Roy Safanda, Esq,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
aty          +Stephen J Costello,    Costello & Costello,    19 N Western Ave Rt 31,
               Carpentersville, IL 60110-1730
17155873      Bank of America,    Po Box 15026,    Wilmington,DE 19850-5026
16632254     +Capital One,    P O Box 5294,    Carol Stream, Il 60197-5294
16932025      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
16632255     +Charter One Home Equity,    P O Box 42002,    Providence, RI 02940-2002
16632256     +Chase,    Card Member Service,    PO Box 15153,    Wilmington, DE 19886-5153
16632257     +Citi Cards,    PO Box 688901,    Des Moines, IA 50368-8901
16632258    ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Credit,     P O Box 55000,    Detroit, Mi. 48255)
16632259     +Ford Motor Credit Co,    c/o Freedman Anselmo et al,    PO Box 3228,    Naperville, IL 60566-3228
17132286      Ford Motor Credit Company,    Freedman Anselmo Lindberg LLC,    PO Box 3216,
               Naperville, IL 60566-7216
17155875     +Lake Carroll Association,    3-200 Association Drive,    Lake Carroll,IL 61046-9120
16632260     +Mobil,    Processing Center,    Des Moines, Ia 50361-0001
16632261     +Pinnacle Cr.Svcs./Mobil Exx,    c/o Nelson,Watson & Assoc,    80 Merrimack St.Lower Level,
               Haverhill, MA 01830-5211
16632262     +Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, Ia 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: plegal@xnet.com Aug 31 2011 03:43:10     Roy Safanda,    Safanda Law Firm,
               111 East Side Drive,    Geneva, IL 60134-2402
17155874      E-mail/PDF: cr-bankruptcy@kohls.com Aug 31 2011 03:46:37      Kohl's,    Po Box 3043,
               Milwaukee,WI 53201-3043
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2011**                         **Signature:** *Joseph Speetjens*