# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                   §
                                         §
RAMOS JR., BERNARDO                       §        Case No. 11-00226
RAMOS, KATHLEEN ANN                       §
                                         §
                                         §
          Debtor(s)                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Roy Safanda _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Bernardo Ramos, Jr. |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Charter One Home Equity P O Box 42002 Providence, RI 02940 | | | | | |
| | Wells Fargo Home Mortgage PO Box 14411 Des Moines, Ia 50306 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA, TRUSTEE | | | | | |
| ROY SAFANDA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Member Service PO Box 15153 Wilmington, DE 19886 | | | | | |
| | Citi Cards PO Box 688901 Des Moines, IA 50368 | | | | | |
| | Ford Credit P O Box 55000 Detroit, Mi. 48255 | | | | | |
| | Mobil Processing Center Des Moines, Ia 50361 | | | | | |
| | Pinnacle Cr.Svcs./Mobil Exx c/o Nelson,Watson & Assoc 80 Merrimack St.Lower Level Haverhill, MA 01830 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | FORD MOTOR CREDIT COMPANY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| Case No: | 11-00226    MB    Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|

Case Name:    RAMOS JR., BERNARDO

RAMOS, KATHLEEN ANN

For Period Ending:  11/22/11

Date Filed (f) or Converted (c):    01/04/11 (f)

341(a) Meeting Date:    02/14/11

Claims Bar Date:    05/18/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 092111 | 203,500.00 | 0.00 | | 0.00 | FA |
| 2. Petitioners own 1/2 Acre Land - Section 17 Lot 152 | 0.00 | 0.00 | | 0.00 | FA |
| 3. Business checking acct. | 421.51 | 0.00 | | 0.00 | FA |
| 4. Personal Checking acct. | 25.00 | 0.00 | | 0.00 | FA |
| 5. Five rooms household furniture, furnishings and su | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Misc. books, pictures, discs | 100.00 | 0.00 | | 0.00 | FA |
| 7. Necessary wearing apparel (each $200.00) | 400.00 | 0.00 | | 0.00 | FA |
| 8. Watches, Wedding Rings, Earrings | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 7-11 owes for work done | 1,485.00 | 0.00 | | 0.00 | FA |
| 10. 1997 Ford Expedition (195,000 miles) | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 11. 2003 Ford F150 Crewcab (126,000 miles) | 4,000.00 | 31.51 | | 0.00 | 31.51 |
| 12. 1998 Harley Davidson Fatboy (6,000 miles) | 8,900.00 | 8,900.00 | | 6,000.00 | FA |
| 13. 2003 Harley Davidson Heritage Springer (10,000 mil | 14,000.00 | 9,200.00 | | 8,000.00 | FA |
| 14. 1995 Well Craft 18' Boat (rough shape) Bowriver. | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 15. 2 dogs, 2 cats | 0.00 | 0.00 | | 0.00 | FA |
| 16. Avoid. (u) | 0.00 | 0.00 | | 2,261.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.02 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $236,831.51 | $20,131.51 | | $16,263.02 | $2,031.51 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/04/12        Current Projected Date of Final Report (TFR): 01/04/12

Ver: 16.04e

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-00226  -MB | | Trustee Name: | Roy Safanda |
| Case Name: | RAMOS JR., BERNARDO | | Bank Name: | Capital One |
| | RAMOS, KATHLEEN ANN | | Account Number / CD #: | *******7420  Money Market Account |
| Taxpayer ID No: | *******3535 | | | |
| For Period Ending: | 11/22/11 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/08/11 | 13 | Fox River Harley-Davidson 131 S. Randall Rd. St. Charles, IL  60174 | 2003 FLSTS Heritage Springer | 1129-000 | 8,000.00 | | 8,000.00 |
| 07/08/11 | 12 | Fox River Harley-Davidson 131 S. Randall Rd. St. Charles, IL  60174 | 1998 FLSTF Fatboy | 1129-000 | 6,000.00 | | 14,000.00 |
| 07/29/11 | INT | Capital One | Interest Rate  0.000 | 1270-000 | 1.15 | | 14,001.15 |
| 08/11/11 | 16 | Bank of America NA Dept AZ9-503-02-57 1825 E. Buckeye Rd. Phoenix, AZ  85034-4216 | | 1241-000 | 2,261.00 | | 16,262.15 |
| 08/16/11 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.87 | | 16,263.02 |
| 08/16/11 | | Transfer to Acct #*******7455 | Bank Funds Transfer | 9999-000 | | 16,263.02 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 16,263.02 | 16,263.02 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 16,263.02 | |
| Subtotal | | 16,263.02 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 16,263.02 | 0.00 | |

Page Subtotals        16,263.02        16,263.02

Ver: 16.04e

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-00226 -MB |
| Case Name: | RAMOS JR., BERNARDO |
| | RAMOS, KATHLEEN ANN |
| Taxpayer ID No: | *******3535 |
| For Period Ending: | 11/22/11 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7455  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/16/11 | | Transfer from Acct #*******7420 | Bank Funds Transfer | 9999-000 | 16,263.02 | | 16,263.02 |
| 08/19/11 | 001001 | Bernardo Ramos, Jr. | Exemption | 8100-002 | | 4,768.49 | 11,494.53 |
| | | Kathleen Ann Ramos | | | | | |
| 09/29/11 | 001002 | Capital One Bank (USA), N.A. | Final Dividend | 7100-000 | | 3,822.87 | 7,671.66 |
| | | by American InfoSource LP as agent | | | | | |
| | | PO Box 71083 | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| 09/29/11 | 001003 | Ford Motor Credit Company | Final Dividend | 7100-000 | | 3,597.36 | 4,074.30 |
| | | Freedman Anselmo Lindberg LLC | | | | | |
| | | PO Box 3216 | | | | | |
| | | Naperville, IL 60566-7216 | | | | | |
| 09/29/11 | 001004 | Roy Safanda, Trustee | Trustee's Fees & Expenses | 2100-000 | | 3,024.30 | 1,050.00 |
| | | 111 East Side Drive | | | | | |
| | | Geneva, IL  60134 | | | | | |
| 09/29/11 | 001005 | Roy Safanda, Attorney | Attorney Fees | 3110-000 | | 1,050.00 | 0.00 |
| | | 111 East Side Drive | | | | | |
| | | Geneva, IL 60134 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 16,263.02 | 16,263.02 | 0.00 |
| Less:  Bank Transfers/CD's | 16,263.02 | 0.00 | |
| Subtotal | 0.00 | 16,263.02 | |
| Less:  Payments to Debtors | | 4,768.49 | |
| Net | 0.00 | 11,494.53 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******7420 | 16,263.02 | 0.00 | 0.00 |
| Checking Account - *******7455 | 0.00 | 11,494.53 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 16,263.02 | 11,494.53 | 0.00 |
| Page Subtotals | 16,263.02 | 16,263.02 | |

Ver: 16.04e

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-00226  -MB | |
| Case Name: | RAMOS JR., BERNARDO | |
| | RAMOS, KATHLEEN ANN | |
| Taxpayer ID No: | *******3535 | |
| For Period Ending: | 11/22/11 | |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7455  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 |

Ver: 16.04e